# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**KARL CC BEHM,**

    **Plaintiff,**

**v.**                                                             **Case No. 4:19-cv-477-AW-CAS**

**SCOTT DUPONT, et al.,**

    **Defendants.**

_____/

## **ORDER TRANSFERRING CASE TO THE MIDDLE DISTRICT**

The Court has considered the magistrate judge's report and recommendation. ECF No. 4. No objections have been filed. I conclude the report and recommendation should be accepted. It is ORDERED:

1. The Report and Recommendation (ECF No. 4) is adopted and incorporated into this order.

2. The Clerk shall take necessary steps to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division.

3. The Clerk shall close the file.

SO ORDERED on December 10, 2019.

                                                s/ *Allen Winsor*
                                                United States District Judge